No. 86–1356.   LEA *v.* MYERS, JUDGE, MARION COUNTY MUNICIPAL COURT, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–1394.   MARK A., AS PARENT AND NEXT FRIEND OF ALLEAH A. *v.* GRANT WOOD AREA EDUCATION AGENCY ET AL. C. A. 8th Cir.   Certiorari denied.

No. 86–5600.   BOWDEN *v.* PULLEY.   C. A. 9th Cir.   Certiorari denied.

No. 86–5862.   AMHAZ *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 86–5866.   KING *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND CORRECTIONAL DIAGNOSTIC CLASSIFICATION CENTER AT GRATERFORD.   C. A. 3d Cir.   Certiorari denied.

No. 86–5915.   MEYER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–5920.   MCNEIL *v.* RICE, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 86–5923.   PINION *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–5940.   SCOTT *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 86–5943.   SPENCER *v.* DEPARTMENT OF HUMAN RESOURCES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6050.   REASONOVER *v.* MISSOURI.   Ct. App. Mo., Eastern Dist.   Certiorari denied.

No. 86–6134.   MEADOWS *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 86–6145.   CARPENTER *v.* LEONARD.   C. A. 6th Cir.   Certiorari denied.

No. 86–6199.   WEBSTER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.